IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03-41 Erie |
| | ) |
| APRIL WELCH-MCNEAL | ) |

**MOTION TO DISMISS INDICTMENT**

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Christian A. Trabold, Assistant United States Attorney for said District, and, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order dismissing the Indictment in the above-captioned case. In further support of this Motion, the United States avers as follows:

1. On November 4, 2003, an Indictment was filed in the above case in which the defendant, April Welch-McNeal, was charged with violating Title 18, United States Code, Section 1703(a).

2. On March 18, 2004, defendant April Welch-McNeal agreed to participate in a Pretrial Diversion Program for a period of twelve (12) months, upon the successful completion of which the Indictment would be dismissed.

3. The United States has been informed in writing by the Pretrial Services Office that defendant April Welch-McNeal has successfully completed the period of pretrial diversion.

WHEREFORE, the United States of America respectfully requests that the Court issue an Order dismissing the Indictment in this case.

*[signature]*
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254


s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013