IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03-41 Erie |
| | ) |
| APRIL WELCH-MCNEAL | ) |

**ORDER OF COURT**

AND NOW, to wit, this ____ day of _____, 2005, upon consideration of the Motion to Dismiss Indictment, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment at Criminal No. 03-41 Erie as against defendant April Welch-McNeal is hereby DISMISSED.

_____
SENIOR UNITED STATES DISTRICT JUDGE

cc: Counsel for Defendant
    United States Attorney
    United States Marshals Service
    Pretrial Services